UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, CIVIL NO. 00-575 (DSD/JMM)

Petitioner,

v. **AMENDED** ORDER

EDWARD WOODS,

Respondent.

This matter comes before the Court on the Government's Petition to Determine the Present Mental Condition of an Imprisoned Person Due for Release Under 18 U.S.C. § 4246 [Docket No. 1]. The subject of the Petition, Respondent Edward Woods, is currently incarcerated for a Prohibited Person in Possession of Firearms and a Prohibited Person in Possession of Ammunition charge, in violation of 18 U.S.C. §§ 922(g) and 924(a)(2). He is incarcerated at the Federal Medical Center (FMC) in Rochester, Minnesota, pursuant to a Judgment and Commitment Order issued by the United States District Court for the Northern District of Iowa. He was scheduled to be released for good conduct on March 12, 2000, with three years of supervised release to follow. The Government is represented by Assistant U.S. Attorney Rachel K. Paulose. Katherine Menendez, Esq., Assistant Federal Public Defender, has been appointed to represented the Respondent Edward Woods.

Defendant requests that the hearing in this matter be postponed from the date originally set to a later date. Based upon all of the files, records, and proceedings herein, the Court being duly advised, now makes and enters the following Order.

FILED APR 07 2000
...DOSAL, CLERK
JU... ...ED ______
DEPUTY CLERK ______

IT IS HEREBY ORDERED:

1. A hearing will be held pursuant to the provisions of 18 U.S.C. § 4246 to determine (1) if Respondent is presently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to the property of another, and (2) whether the Court should commit Respondent to the custody of the Attorney General for continued hospitalization and treatment pursuant to 18 U.S.C. § 4246 until suitable state placement may be found or until Respondent's release no longer constitutes a substantial risk of bodily injury of another person or serious damage to the property of another.

2. The hearing will take place before the undersigned on **June 7, 2000 at 10:30 a.m.** at the Federal Medical Center, 2110 East Center Street in Rochester, Minnesota.

3. This Court will not order a further psychiatric or psychological examination of Respondent pursuant to 18 U.S.C. § 4245(b) unless either party, by written Motion, substantiates the need for such an examination.

Dated: April 7, 2000

JOHN M. MASON
United States Magistrate Judge